Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN CASTANON SORONDO, et al. <br><br> Defendants. | CASE NO. 1:11-cv-00631-LJO-SKO <br><br> PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE INITIAL SCHEDULING CONFERENCE; AND ORDER |

TO THE HONORABLE SHIELA K. OBERTO, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Joe Hand Promotions, Inc. hereby applies *ex parte* for an order vacating the Initial Scheduling Conference in this action, presently set for Thursday, July 21, 2011 at 9:30 A.M. This request will be, and is, necessitated by the fact that defendants Steven Castanon Sorondo, individually and d/b/a the Lamp Post Bar; and Starden, Inc. an unknown business entity d/b/a The Lamp Post Bar are in default and Plaintiff's Application for Default Judgment will soon be filed with this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Initial Scheduling Conference presently scheduled for Thursday, July 21, 2011 at 9:30 A.M. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: July 15, 2011          */s/ Thomas P. Riley*
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                              By: Thomas P. Riley
                              Attorneys for Plaintiff
                              Joe Hand Promotions, Inc.

///

///

///

///

///

///

///

///

///

///

///

# **ORDER**

It is hereby ordered that the Initial Scheduling Conference in action number 1:11-cv-00631-LJO-SKO, *Joe Hand Promotions, Inc.*, *v. Steven Castanon Sorondo, et al.*, is hereby continued to November 1, 2011, at 9:30 a.m. before Magistrate Judge Sheila K. Oberto.

The Court notes that Plaintiff filed its request for clerk's entry of default on July 15, 2011. Accordingly, it is hereby further ordered that Plaintiff's motion for default judgment shall be filed by no later than twenty-one (21) days after the filing of the clerk's entry of default. Should the motion for default judgment be granted, the scheduling conference shall be vacated.

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a certification of service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **July 18, 2011**              **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE